UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


JOHN HAYNES,

                Plaintiff,                      Case No. 1:22-cv-10920

v                                         Honorable Thomas L. Ludington
                                         United States District Judge

ALEX MAWER, et. al.,

                                         Honorable Patricia T. Morris
                Defendant.            United States Magistrate Judge

_____/

**ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS**

On November 22, 2023, counsel attended a settlement conference with Magistrate Judge Patricia T. Morris and notified this Court that they reached a settlement.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **January 5, 2024**


Dated: November 28, 2023              s/Thomas L. Ludington
                                       THOMAS L. LUDINGTON
                                       United States District Judge